## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| CARLOS T. GOMEZ and | : | CASE NO. 11-22299 ASD |
| JOYCE M. GOMEZ | : | |
| Debtor | : | |
| | | |
| STEPHANIE I. GOMEZ | : | ADV. PRO. NO. 12-02017 |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| CARLOS T. GOMEZ and | : | |
| JOYCE M. GOMEZ | : | |
| Defendant | : | |
| | : | July 23, 2012 |

### <u>MOTION TO DISMISS</u>

The Defendants herein, by and through their undersigned counsel, hereby move to

dismiss pursuant to F.R.Civ.P. 12(b)(6) as made applicable to these proceedings by F.R.Bankr.

P. 7012.  Defendant Joyce Gomez seeks dismissal of the entire Adversary Proceeding as to her.

Defendant Carlos Gomez seeks dismissal of the Second and Third Claims for Relief.

A Memorandum of Law is being submitted contemporaneously herewith.


CARLOS GOMEZ,


By:  */s/ Gregory F. Arcaro*
     Gregory F. Arcaro, Esq.
     Arcaro Law Office
     310 Collins Street
     Hartford, CT 06105-1549
     (860) 799-4800
     (860) 799-48001 Fax
     Federal Bar No. ct19781
     greg@arcaro-law.com