Form r7041

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

IN THE MATTER OF:

Carlos T. Gomez and Joyce M. Gomez
Debtor(s)

                                           Chapter: 13
                                           Case No.: 11−22299
                                           Adv. Proc. No. 12−02017
                                           Judge: Albert S. Dabrowski

Stephanie I Gomez
Plaintiff(s)

v.

Carlos T. Gomez
Defendant(s)

## DISTRICT COURT LOCAL RULE 41(a) AND 41(b) AND LOCAL BANKRUPTCY RULE 7041−1

### Section 523 Complaint

__X__ No action has been taken by the parties on the proceeding named above for six (6) months. Unless some action is taken within twenty one (21) days from the date of this notice, or a satisfactory explanation of why it should not be dismissed, the proceeding will be dismissed after notice and a hearing.

Local Bankruptcy Rule 7041−1 provides: No adversary proceeding to determine the dischargeability of a debt shall be settled except upon the order of the court after full disclosure of the terms of any agreement entered into between the parties relating to the payment of the debt in whole or in part.

### Section 727 Complaint

__X__ No action has been taken place by the parties on the proceeding named above for six (6) months. Unless some action is taken within twenty one (21) days from the date of this notice, or a satisfactory explanation of why it should not be dismissed, the proceeding will be dismissed after notice and a hearing.

Local Bankruptcy Rule 7041−1 provides: No adversary proceeding to deny a discharge shall be withdrawn, dismissed, or settled except upon an order of the court after notice to the trustee, all creditors, and other parties in interest and a hearing.

### All Other Bankruptcy Complaints

____ No action has been taken by the parties on the proceeding named above for six (6) months. Unless some action is taken within twenty one (21) days from the date of this notice, or a satisfactory explanation of why it should not be dismissed the proceeding will be dismissed <u>without a hearing.</u>

U.S. District Court Local Rule 41 Provides, In a civil action which no action has been taken by the parties for six (6) months or in which deadlines established by the Court pursuant to Rule 11 appear not to have been met, the Clerk shall give notice of proposed dismissal to counsel of record. If such notice has been given and no action has been taken in the meantime and no satisfactory explanation is submitted to the Court within twenty one (21) days thereafter, the Clerk <u>shall enter an order of dismissal.</u> Any such order entered by the Clerk under this rule may be suspended, altered, or rescinded by the Court for cause shown.

Dated: 8/15/13

                                                                                       *Gary M Gfell*
                                                                                Clerk, U.S. Bankruptcy Court